**Fill in this information to identify the case:**

Debtor 1  Carlene Thomas

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the  Northern  District of  Illinois
(State)

Case number  14-19951

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:  Mortgage Information

**Name of creditor:** Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America

**Court claim no.** (if known): N/A

**Last 4 digits of any number you use to identify the debtor's account:** 1753

**Property address:**  445 Merrill Avenue
Number   Street

Calumet City      Illinois      60409
City              State        Zip Code

### Part 2:  Prepetition Default Payments

*Check one:*

■ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3:  Postpetition Mortgage Payment

*Check one:*

■ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   02/01/2017
MM / DD  / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a)  $

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b)  $

c. **Total**. Add lines a and b.   (c)  $

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: _____
MM / DD  / YYYY

---

Form 4100R          **Response to Notice of Final Cure Payment**          page 1

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5. Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box.*

☐ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Kenneth W. Bach                        Date   02/03/2017
   Signature

**Print**   Kenneth W. Bach                    Title   Attorney for Creditor
            First Name  Middle Name  Last Name

Company   Johnson, Blumberg, & Associates, LLC

If different from the notice address listed on the proof of claim to which this response applies:

Address   230 W. Monroe Street, Suite 1125
          Number        Street

          Chicago, Illinois   60606
          City            State    ZIP Code

Contact Phone  312-541-9710          Email   kennethb@johnsonblumberg.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Carlene Thomas

Debtor

Bankruptcy No. 14-19951
Judge Timothy A. Barnes
Chapter: 12

## CERTIFICATE OF SERVICE

TO:  Carlene Thomas, 445 Merrill Avenue, Calumet City, IL 60409
Marilyn O. Marshall, 224 South Michigan Ste 800, Chicago, IL 60604
Lorraine M. Greenberg, 150 North Michigan Avenue, Suite 800, Chicago, IL 60604
Patrick Layng, Office of the U.S. Trustee, Region 11, 219 S. Dearborn St., Room 873, Chicago, IL 60604

I, Kenneth W. Bach, an attorney, certify that I served the attached Response to Notice of Final Cure Payment by mailing a copy to the Debtor named above at the addresses listed above and by depositing the same in the U.S. Mail, first class, postage prepaid at 230 W. Monroe, Chicago, IL 60606 on February 3, 2017. The remaining parties were served by the CM/ECF electronic noticing system.

/s/ Kenneth W. Bach
Kenneth W. Bach,  IL ARDC 6295816

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE